FILED
2020 Dec-15 PM 06:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| ANGELA COOK and, WILLIAM COOK,<br><br>Plaintiffs,<br><br>v.<br><br>DEIGHAN LAW LLC, LAW SOLUTIONS CHICAGO LLC, and UPRIGHT LAW, LLC,<br><br>Defendants. | Case No. 1:20-cv-00457-CLM<br><br>U.S. District Court Judge: Honorable Corey L. Maze |

## NOTICE OF SUPPLEMENTAL FILING

Defendant Deighan Law LLC, an Illinois limited liability company doing business in the State of Alabama as UpRight Law ("UpRight"),* pursuant to the Court's directive during the December 11, 2020 hearing on *Defendant's Motion to Dismiss Complaint for Failure to State a Claim on Which Relief Can Be Granted* [Doc. 12] ("Motion to Dismiss"), is filing the following documents:

- *Amended Schedules* [Doc. 67], filed by the Plaintiffs on March 21, 2016 in their bankruptcy case, *In re Cook*, No. 15-41812-JJR7 (the "Cook

* Deighan Law LLC is an Illinois limited liability company that was previously known as Law Solutions Chicago LLC. On June 4, 2019, Law Solutions Chicago LLC filed Articles of Amendment with the Alabama Secretary of State advising that the firm had changed its legal name to Deighan Law LLC. Plaintiff's *Class Action Complaint* [Doc. 1] (the "Complaint") includes Law Solutions Chicago LLC and UpRight Law, LLC as defendants. For clarification, in the State of Alabama, Deighan Law LLC does business as UpRight Law (without the "LLC"). Neither UpRight Law, nor UpRight Law, LLC, is a separate legal entity unto itself.

Bankruptcy"). Copies of the Amended Schedules are attached hereto as **Exhibit A**.

- *Certificate of Service* [Doc. 68], filed by the Plaintiffs on March 21, 2016 in the Cook Bankruptcy. The Certificate of Service identifies the Plaintiffs as mail recipients of the aforementioned Amended Schedules. A copy of the Certificate of Service is attached hereto as **Exhibit B**.

In addition, the Court directed UpRight to submit any notices or certificates of service evidencing that the *Complaint for Declaratory Relief, Disgorgement, Civil Penalties, Sanctions and Injunctive Relief*, filed by the United States Bankruptcy Administrator for the Northern District of Alabama on March 28, 2016 in the Cook Bankruptcy was served upon, or otherwise received by, the Plaintiffs. The undersigned counsel did not find any such notices or certificates of service in the dockets in the Cook Bankruptcy or in *Corbett v. Morrison (In re Cook),* AP No. 16-40016-JJR (Bankr. N.D. Ala.).

Date: December 15, 2020

Respectfully submitted,

*/s/ David M. Menditto*
David M. Menditto
Illinois Bar No. 6216541
DEIGHAN LAW LLC
79 W. Monroe St., Suite 1006
Chicago, Illinois 60603
(t) (312) 451-1810
(e) dmenditto@uprightlaw.com

*Pro Hac Vice Counsel for Deighan Law LLC, doing business as UpRight Law*

Mariellen Morrison
Alabama State Bar No. 4396-167M
310 Paradise Lake Ln.
Hoover, AL 35244-5023
(t) (205) 837-2771
(e) marimorrison1@gmail.com

*Counsel for Deighan Law LLC, doing business as UpRight Law*

**Certificate of Service**

I, David M. Menditto, certify that on December 15, 2020, I filed the foregoing *Notice of Supplemental Filing* through the Court's CM/ECF system, which will effect service upon the following counsel of record:

Luke Montgomery
Brad Ponder
Montgomery Ponder, LLC
2226 First Avenue South; Unit 105
Birmingham, Alabama 35203
(t) (205) 201-0303
(f) (205) 208-9443
(e) Luke@montgomeryponder.com
(e) Brad@montgomeryponder.com

*Counsel for Plaintiff*

Harry P. Long
Law Offices of Harry P. Long, LLC
P.O. Box 1468
Anniston, Alabama 36202
(t) (256) 237-3266
(f) (256) 237-3268
(e) HLonglegal8@gmail.com

*Counsel for Plaintiff*

*/s/ David M. Menditto*
David M. Menditto

DEIGHAN LAW LLC
79 W. Monroe St., Suite 1006
Chicago, Illinois 60603
(t) (312) 451-1810
(e) dmenditto@uprightlaw.com

*Pro Hac Vice Counsel for Deighan Law LLC, doing business as UpRight Law*