FILED
2021 Feb-08 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ANGELA COOK and WILLIAM COOK,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DEIGHAN LAW LLC, LAW SOLUTIONS CHICAGO LLC, and UPRIGHT LAW LLC,** )<br>)<br>**Defendants.** ) | Case No.:  1:20-cv-00457-CLM |

## FINAL ORDER

In accordance with the memorandum opinion entered contemporaneously herewith, Defendant Deighan Law LLC's Motion to Dismiss (doc. 12) is **GRANTED**.

Costs are taxed as paid. The Court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this 8th day of February, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE